# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1254
Lower Tribunal No. 2022-CF-005449

_____

LEROY HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Wm. Bruce Smith, Judge.

February 26, 2026

PER CURIAM.

AFFIRMED. *See Brown v. State*, 741 So. 2d 1242, 1245 (Fla. 1st DCA 1999) (explaining that multiple assessments of community sanction violation points are allowed for successive probation violations); *Nix v. State*, 84 So. 3d 424, 426 (Fla. 1st DCA 2012) ("Statutorily-mandated costs may be imposed without notice and, thus, need not be specifically pronounced at the sentencing hearing.").

NARDELLA, WHITE and SMITH, JJ., concur.

Blair Allen, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED